**Opinion issued August 24, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-22-00232-CR

### NO. 01-22-00233-CR

### NO. 01-22-00234-CR

———————————

## EX PARTE MATTHEW JAMES LEACHMAN, Appellant

---

### On Appeal from the 248th District Court
### Harris County, Texas
### Trial Court Case Nos. 1756174, 1756176, and 1756173

---

## MEMORANDUM OPINION

Appellant Matthew James Leachman challenges the trial court's denial of his applications for writ of habeas corpus related to bail in three underlying cases. The State filed a Motion to Dismiss the appeal as moot on the ground that Leachman

posted bail and is no longer incarcerated. Leachman originally opposed the dismissal, but subsequently filed a Motion to Dismiss the appeal as moot on the ground he entered a plea of *nolo contendere* in one of the three involved cases, and the State moved for dismissal of the other two cases.

Leachman states in his Motion that the trial court accepted the plea bargain recommendation and rendered the agreed-upon sentence in Cause Number 0786224, and dismissed the charges in Cause Numbers 1520246 and 1520247.[1] He explains he has been "freed from restraint in the underlying cause numbers," "released from the trial court's supervision," and thus "[t]here is nothing left to litigate on the issue of bail, which moots this appeal."

We grant Leachman's Motion to Dismiss the appeal as moot. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We deny all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying cases were pending originally in the 248th District Court of Harris County, Texas. Following appeal, the cases were transferred from that court to the 262nd District Court of Harris County, Texas.